```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 13194
   HAROLD WAYNE COBB
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-1973

-----------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/20/07 and confirmed on 01/17/08.

    2.  The case was converted to Chapter 7 after confirmation, 02/18/2009.

    3.  The Debtor paid a total of $   3133.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK ONE/JPM CHASE | UNSECURED | 22389.34 | .00 | 297.71 |
| DISCOVER BANK | UNSECURED | 5511.09 | .00 | 73.28 |
| HARRIS TRUST | UNSECURED | 5495.97 | .00 | 73.08 |
| MONOGRAM BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS TRUST | UNSECURED | 4669.81 | .00 | 62.09 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 38066.21 | .00 | 38066.21 |
| PRINCIPAL PAID | .00 | .00 | 506.16 | .00 | 506.16 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 506.16 | .00 | 506.16 |

```
The Debtor's attorney, CHANG & CARLIN                 , was allowed $   3500.00
and was paid $   1050.00   direct and $   2450.00   through the plan.

The Trustee received $     176.84 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/11/09                     /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
      CASE NO. 07 B 13194 HAROLD WAYNE COBB
```